# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# MOBILE DIVISION

| | | |
|---|---|---|
| **KYLE DAVIS, and**<br>**K&B TRANSPORT, LLC,** | ) | |
| | ) | **CIVIL ACTION NO.** |
| **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | **1:25-cv-00419-TFM-B** |
| | ) | |
| **TRADEBE ENVIRONMENTAL** | ) | |
| **SERVICES, LLC, TRADEBE** | ) | |
| **TRANSPORTATION LLC, and** | ) | |
| **AARON OIL COMPANY LLC,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## DISCLOSURE STATEMENT PURSUANT TO
## FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND CIVIL L.R. 7.1

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil L.R. 7.1 Defendants Tradebe Environmental Services, LLC, Tradebe Transportation LLC, and Aaron Oil Company LLC (collectively, "Defendants"), make the following disclosure(s).

1.      If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, either (i) identify any parent corporation and any publicly held corporation owning 10% or more of its stock or (ii) state there is no such corporation:

- Tradebe Environmental Services, LLC, is a privately held limited liability company existing under the laws of the State of Delaware and authorized to do business in Alabama. The sole member of Tradebe Environmental Services, LLC is Tradebe Capital Corporation, a business entity in the nature of a corporation organized and existing

under the laws of Spain. Tradebe Capital Corporation is a private/closely held corporation which does not issue shares or debt securities to the public.

- Tradebe Transportation LLC is a privately held limited liability company existing under the laws of the State of Illinois and authorized to do business in Alabama. Tradebe Environmental Services, LLC is the sole member of Tradebe Transportation LLC. The sole member of Tradebe Environmental Services, LLC is Tradebe Capital Corporation.

- Aaron Oil Company, LLC is a privately held limited liability company existing under the laws of the State of Alabama. Tradebe Environmental Services, LLC is the sole member of Aaron Oil Company, LLC. The sole member of Tradebe Environmental Services, LLC is Tradebe Capital Corporation.

2. If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor: [To identify the citizenship of a partnership, LLC, or other unincorporated entity, a party must list the names and citizenships of all members or partners of that entity. *See, e.g., Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C.,* 374 F.3d 1020, 1022 (11th Cir. 2004).]

Not applicable.

3. To the extent not otherwise disclosed above, if the filer is a nongovernmental artificial entity appearing as a party or an amicus curiae, identify all parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities

-3-

reportable under the provisions of the S.D. Ala. Civil L.R. 7.1:

*See* response to No. 1 above.

I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and that I will amend this Disclosure Statement promptly upon learning of any relevant changes or corrections.

s/ Charles A. Powell IV
Charles A. Powell IV
M. Luke Bendall

Attorneys for Defendants
Tradebe Environmental Services, LLC,
Tradebe Transportation LLC, and Aaron
Oil Company LLC

**OF COUNSEL:**
**LITTLER MENDELSON, P.C.**
420 20th Street North, Suite 2300
Birmingham, Alabama 35203
Telephone: 205.421.4703
Facsimile: 205.421.4699
cpowell@littler.com
lbendall@littler.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 17, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following:

H. Wallace Blizzard
**WIGGINS, CHILDS, PANTAZIS,**
**FISHER, & GOLDFARB, LLC**
The Kress Building
301 19th Street North
Birmingham, AL 35203
wblizzard@wigginschilds.com

Daniel A. Hannan
**DANIEL A. HANNAN, LLC**
19090 Stout Lane
Gulf Shores, AL 36542
dahlawyer@hotmail.com
hannanlaw@gmail.com

*Attorneys for Plaintiffs*

s/ Charles A. Powell IV

OF COUNSEL